**Melvin BLUITT, a.k.a. Melvin Lee Bluitt, Petitioner—Appellant,**

v.

**Terri GONZALEZ, Respondent— Appellee.**

No. 06–56483.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 21, 2011.*

Filed Nov. 28, 2011.

Melvin Bluitt, San Luis Obispo, CA, for Petitioner–Appellant.

Jane Catherine Malich, Esq., Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: TASHIMA, BERZON, and TALLMAN, Circuit Judges.

MEMORANDUM **

California state prisoner Melvin Bluitt appeals from the district court's judgment denying his 28 U.S.C. § 2254 habeas petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Bluitt contends that the Governor's 2003 decision reversing the Board of Prison Terms's decision finding him suitable for parole is not supported by some evidence. The record reflects that Bluitt received all process that was due. *See Swarthout v. Cooke*, —— U.S. ——, ——–——, 131 S.Ct. 859, 862–63, 178 L.Ed.2d 732 (2011) (per curiam).

We construe Bluitt's additional argument as a motion to expand the certificate of appealability. So construed, the motion is denied. *See* 9th Cir. R. 22–1(e); *see also Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir.1999) (per curiam).

**AFFIRMED.**

Before: TASHIMA, BERZON, and TALLMAN, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).